**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Allen R. Baird
dba Allen's Taxidermy**
Debtor(s)

Bankruptcy Case No.: 15−21400−CMB

Chapter: 13
Docket No.: 39 − 38

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 23rd of March, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

   1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/18/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

   2. Said Motion is scheduled for hearing on **6/3/20 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

   3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

      **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

      In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

   4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

   5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/18/20.**

                                                           Carlota M. Bohm
                                                           United States Bankruptcy Judge

   cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-21400-CMB
Allen R. Baird                                                            Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dsaw              Page 1 of 2              Date Rcvd: Mar 23, 2020
                            Form ID: 408            Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2020.
db         +Allen R. Baird,   522 Old Pittsburgh Road,   Uniontown, PA 15401-9756
cr         +Nationstar Mortgage LLC d/b/a Mr. Cooper,   RAS Crane, LLC,
             10700 Abbott's Bridge Road, Suite 170,   Duluth, GA 30097-8461
cr         +The Bank of New York Mellon as indenture Trustee f,    Aldridge Pite, LLP,
             4375 Jutland Drive, Suite 200,   PO Box 17933,   San Diego, CA 92177-7921
14095665    American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 51178,
             Los Angeles, CA  90051-5478
14033152   +Brown & Joseph, LTD,   2550 West Golf Road,   Suite 300,   Rolling Meadows, IL 60008-4033
14033156    Commonwealth Financial Systems, Inc.,   245 Main Street,   Dickson City, PA 18519-1641
14033157   +Credit Collections, USA,   16 Distributor Drive--Suite 1,   Morgantown, WV 26501-0121
14033158    Direct Merchants Bank/Metris,   P.O. Box 5894,   Carol Stream, IL 60197-5894
14033161   +HSBC Card Services,   Attn:  Bankruptcy,   P.O. Box 5213,   Carol Stream, IL 60197-5213
14033169   +Justin J. Sheba, D.O.,   150 Wayland Smith Drive--Suite A,   Uniontown, PA 15401-2677
14033163   ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
           (address filed with court:  Nationstar Mortgage,   350 Highland Drive,
             Lewisville, TX 75067-9932)
14033164    PA Department of Revenue,   Bureau of Business Trust Fund Taxes,   P.O. Box 281041,
             Harrisburg, PA 17128-1041
14033165    Penn Credit,   916 South 14th Street,   P.O. Box 988,   Harrisburg, PA 17108-0988
14033167    Sears,   P.O. Box 6283,   Sioux Falls, SD 57117-6283
14033168   +Shapiro & DeNardo, LLC,   3600 Horizon Drive--Suite 150,   King Of Prussia, PA 19406-4702
14068484   +THE BANK OF NEW YORK MELLON AS INDENTURE et.al.,   NATIONSTAR MORTGAGE, LLC,   PO BOX 619096,
             DALLAS, TX 75261-9096
14033172    Uniontown Hospital,   500 West Berkeley Street,   Uniontown, PA 15401-5596

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14065073   +E-mail/Text: g20956@att.com Mar 24 2020 02:45:08     AT&T Mobility II LLC,
             % AT&T Services, Inc,   Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,
             Bedminster, NJ 07921-2693
14033151   +E-mail/Text: g20956@att.com Mar 24 2020 02:45:08     AT&T Mobility II, LLC,
             c/o AT&T Services, Inc.,   One AT&T Way--Room  3A104,   Bedminster, NJ 07921-2694
14033150    E-mail/Text: ally@ebn.phinsolutions.com Mar 24 2020 02:44:30     Ally Financial,
             P.O. Box 130424,   Roseville, MN 55113-0004
14069041    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 24 2020 02:52:55
             American InfoSource LP as agent for,   Verizon,   PO Box 248838,
             Oklahoma City, OK  73124-8838
14033153    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 24 2020 02:52:22     Capital One,
             c/o TSYS Total Debt Management,   P.O. Box 5155,   Norcross, GA 30091
14033154   +E-mail/Text: bk.notifications@jpmchase.com Mar 24 2020 02:44:42     Chase Auto Finance,
             National Bankruptcy Department,   201 North Central Avenue AZ1-1191,   Phoenix, AZ 85004-1071
14033155   +E-mail/Text: compliance@chaserec.com Mar 24 2020 02:45:18     Chase Receivables,
             1247 Broadway,   Sonoma, CA 95476-7503
14033159    E-mail/Text: G06041@att.com Mar 24 2020 02:45:05     Direct TV,   P.O. Box 78626,
             Phoenix, AZ 85062-8626
14033160    E-mail/Text: bknotice@ercbpo.com Mar 24 2020 02:44:57     Enhanced Recovery,
             8014 Bayberry Road,   Jacksonville, FL 32256-7412
14077248    E-mail/Text: bk.notifications@jpmchase.com Mar 24 2020 02:44:42     JPMorgan Chase Bank N.A.,
             National Bankruptcy Department,   P.O.Box 29505 AZ1-1191,   Phoenix , AZ 85038-9505
14033162   +E-mail/Text: bankruptcydpt@mcmcg.com Mar 24 2020 02:44:52     Midland Funding,
             8875 Aero Drive--Suite 200,   San Diego, CA 92123-2255
14033166    E-mail/Text: bankruptcies@libertymutual.com Mar 24 2020 02:44:53     Safeco Insurance,
             P.O. Box 66521,   Saint Louis, MO 63166-6521
14033170   +E-mail/Text: appebnmailbox@sprint.com Mar 24 2020 02:44:51     Sprint,   P.O. Box 8077,
             London, KY 40742-8077
14033171   +E-mail/Text: bankruptcydepartment@tsico.com Mar 24 2020 02:45:12     Transworld Systems, Inc.,
             507 Prudential Road,   Horsham, PA 19044-2308
14033173    E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 24 2020 02:44:26
             Verizon Wireless Bankruptcy Admin.,   P.O. Box 3397,   Bloomington, IL 61702-3397
14033174   +E-mail/Text: bankruptcy@firstenergycorp.com Mar 24 2020 02:44:56     West Penn Power,
             Customer Service Center,   P.O. Box 1392,   Fairmont, WV 26555-1392
14084047   +E-mail/Text: bankruptcy@firstenergycorp.com Mar 24 2020 02:44:55     West Penn Power,
             1310 Fairmont Ave,   Fairmont, WV 26554-3526
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              THE BANK OF NEW YORK MELLON AS INDENTURE TRUSTEE F
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2           User: dsaw                  Page 2 of 2          Date Rcvd: Mar 23, 2020
                               Form ID: 408                Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2020                                    Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2020 at the address(es) listed below:

```
          Daniel R. White    on behalf of Debtor Allen R. Baird zmwchapter13@gmail.com,
           gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
          James    Warmbrodt     on behalf of Creditor   The Bank of New York Mellon as indenture Trustee for
           Nationstar Home Equity Loan Trust 2009-A bkgroup@kmllawgroup.com
          James    Warmbrodt     on behalf of Creditor    THE BANK OF NEW YORK MELLON AS INDENTURE TRUSTEE FOR
           NATIONSTAR HOME EQUITY LOAN TRUST 2009-A bkgroup@kmllawgroup.com
          Matthew Gregory Brushwood     on behalf of Creditor    THE BANK OF NEW YORK MELLON AS INDENTURE
           TRUSTEE FOR NATIONSTAR HOME EQUITY LOAN TRUST 2009-A pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          Sindi   Mncina    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           smncina@rascrane.com
                                                                                              TOTAL: 7
```