**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ALLEN R. BAIRD<br><br>           Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>           Movant<br>           vs.<br>No Respondents. | Case No.:15-21400<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 23, 2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 04/23/2015 and confirmed on 6/5/15. The case was subsequently    Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 91,402.44 |
| Less Refunds to Debtor | 4,521.12 | |
| TOTAL AMOUNT OF PLAN FUND | | 86,881.32 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,000.00 | |
|    Trustee Fee | 3,798.36 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,798.36 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK MELLON - TRUSTE<br>    Acct: 0018 | 0.00 | 52,674.01 | 0.00 | 52,674.01 |
|   BANK OF NEW YORK MELLON - TRUSTE<br>    Acct: 0018 | 14,087.98 | 14,087.98 | 0.00 | 14,087.98 |
|   PA DEPARTMENT OF REVENUE*<br>    Acct: XXXXXXXXXXXXXXXXX: 13 | 0.00 | 0.00 | 0.00 | 0.00 |
|   JPMORGAN CHASE BANK NA<br>    Acct: 9535 | 4,333.68 | 4,333.68 | 293.88 | 4,627.56 |
| | | | | 71,389.55 |
| **Priority** | | | | |
|   DANIEL R WHITE ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   ALLEN R. BAIRD<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   ALLEN R. BAIRD<br>    Acct: | 4,521.12 | 4,521.12 | 0.00 | 0.00 |
|   ZEBLEY MEHALOV & WHITE PC<br>    Acct: | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   ALLY FINANCIAL(*)<br>    Acct: 5839 | 5,049.96 | 5,049.96 | 0.00 | 5,049.96 |
|   AT & T MOBILITY II LLC<br>    Acct: 7742 | 386.87 | 386.87 | 0.00 | 386.87 |
|   CAPITAL ONE(*)<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   DIRECT MERCHANTS CRDT CARD BNK<br>    Acct: 1600 | 0.00 | 0.00 | 0.00 | 0.00 |
|   AMERICAN INFOSOURCE LP - AGENT DII<br>    Acct: 4939 | 265.07 | 265.07 | 0.00 | 265.07 |
|   HSBC BANK USA++<br>    Acct: 2889 | 0.00 | 0.00 | 0.00 | 0.00 |
|   SAFECO | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JUSTIN SHEBA DO PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SPRINT CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UNIONTOWN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 1,982.33 | 1,982.33 | 0.00 | 1,982.33 |
| Acct: 0001 | | | | |
| WEST PENN POWER* | 1,009.18 | 1,009.18 | 0.00 | 1,009.18 |
| Acct: 5136 | | | | |
| MATTHEW BRUSHWOOD ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 8,693.41 |

TOTAL PAID TO CREDITORS                                                                80,082.96

TOTAL
CLAIMED            0.00
PRIORITY      18,421.66
SECURED        8,693.41


Date: 03/23/2020                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

Case 15-21400-CMB    Doc 41    Filed 03/25/20    Entered 03/26/20 00:44:10    Desc Imaged
Certificate of Notice    Page 3 of 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   ALLEN R. BAIRD<br><br>        Debtor(s)<br><br>   Ronda J. Winnecour<br>        Movant<br>        vs.<br>   No Repondents. | Case No.:15-21400<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                     BY THE COURT:

                                                                       _____
                                                                       U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-21400-CMB
Allen R. Baird                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dsaw            Page 1 of 2        Date Rcvd: Mar 23, 2020
                            Form ID: pdf900      Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2020.
```
db         +Allen R. Baird,    522 Old Pittsburgh Road,    Uniontown, PA 15401-9756
cr         +Nationstar Mortgage LLC d/b/a Mr. Cooper,    RAS Crane, LLC,
             10700 Abbott's Bridge Road, Suite 170,    Duluth, GA 30097-8461
cr         +The Bank of New York Mellon as indenture Trustee f,    Aldridge Pite, LLP,
             4375 Jutland Drive, Suite 200,    PO Box 17933,    San Diego, CA 92177-7921
14095665    American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
             Los Angeles, CA  90051-5478
14033152   +Brown & Joseph, LTD,    2550 West Golf Road,    Suite 300,    Rolling Meadows, IL 60008-4033
14033156    Commonwealth Financial Systems, Inc.,    245 Main Street,    Dickson City, PA 18519-1641
14033157   +Credit Collections, USA,    16 Distributor Drive--Suite 1,    Morgantown, WV 26501-0121
14033158    Direct Merchants Bank/Metris,    P.O. Box 5894,    Carol Stream, IL 60197-5894
14033161   +HSBC Card Services,    Attn:  Bankruptcy,    P.O. Box 5213,    Carol Stream, IL 60197-5213
14033169   +Justin J. Sheba, D.O.,    150 Wayland Smith Drive--Suite A,    Uniontown, PA 15401-2677
14033163   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
            (address filed with court:   Nationstar Mortgage,    350 Highland Drive,
             Lewisville, TX 75067-9932)
14033164    PA Department of Revenue,    Bureau of Business Trust Fund Taxes,    P.O. Box 281041,
             Harrisburg, PA 17128-1041
14033165    Penn Credit,   916 South 14th Street,    P.O. Box 988,    Harrisburg, PA 17108-0988
14033167    Sears,   P.O. Box 6283,    Sioux Falls, SD 57117-6283
14033168   +Shapiro & DeNardo, LLC,    3600 Horizon Drive--Suite 150,    King Of Prussia, PA 19406-4702
14068484   +THE BANK OF NEW YORK MELLON AS INDENTURE et.al.,    NATIONSTAR MORTGAGE, LLC,    PO BOX 619096,
             DALLAS, TX 75261-9096
14033172    Uniontown Hospital,    500 West Berkeley Street,    Uniontown, PA 15401-5596

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14065073   +E-mail/Text: g20956@att.com Mar 24 2020 02:45:08     AT&T Mobility II LLC,
             % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
             Bedminster, NJ 07921-2693
14033151   +E-mail/Text: g20956@att.com Mar 24 2020 02:45:09     AT&T Mobility II, LLC,
             c/o AT&T Services, Inc.,    One AT&T Way--Room  3A104,    Bedminster, NJ 07921-2694
14033150    E-mail/Text: ally@ebn.phinsolutions.com Mar 24 2020 02:44:30      Ally Financial,
             P.O. Box 130424,    Roseville, MN 55113-0004
14069041    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 24 2020 02:53:29
             American InfoSource LP as agent for,    Verizon,    PO Box 248838,
             Oklahoma City, OK  73124-8838
14033153    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 24 2020 02:52:23      Capital One,
             c/o TSYS Total Debt Management,    P.O. Box 5155,    Norcross, GA 30091
14033154   +E-mail/Text: bk.notifications@jpmchase.com Mar 24 2020 02:44:42      Chase Auto Finance,
             National Bankruptcy Department,    201 North Central Avenue AZ1-1191,    Phoenix, AZ 85004-1071
14033155   +E-mail/Text: compliance@chaserec.com Mar 24 2020 02:45:18     Chase Receivables,
             1247 Broadway,    Sonoma, CA 95476-7503
14033159    E-mail/Text: G06041@att.com Mar 24 2020 02:45:05     Direct TV,    P.O. Box 78626,
             Phoenix, AZ 85062-8626
14033160    E-mail/Text: bknotice@ercbpo.com Mar 24 2020 02:44:58     Enhanced Recovery,
             8014 Bayberry Road,    Jacksonville, FL 32256-7412
14077248    E-mail/Text: bk.notifications@jpmchase.com Mar 24 2020 02:44:42      JPMorgan Chase Bank N.A.,
             National Bankruptcy Department,    P.O.Box 29505 AZ1-1191,    Phoenix , AZ 85038-9505
14033162   +E-mail/Text: bankruptcydpt@mcmcg.com Mar 24 2020 02:44:52     Midland Funding,
             8875 Aero Drive--Suite 200,    San Diego, CA 92123-2255
14033166    E-mail/Text: bankruptcies@libertymutual.com Mar 24 2020 02:44:53      Safeco Insurance,
             P.O. Box 66521,    Saint Louis, MO 63166-6521
14033170   +E-mail/Text: appebnmailbox@sprint.com Mar 24 2020 02:44:51      Sprint,    P.O. Box 8077,
             London, KY 40742-8077
14033171   +E-mail/Text: bankruptcydepartment@tsico.com Mar 24 2020 02:45:13      Transworld Systems, Inc.,
             507 Prudential Road,    Horsham, PA 19044-2308
14033173    E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 24 2020 02:44:27
             Verizon Wireless Bankruptcy Admin.,    P.O. Box 3397,    Bloomington, IL 61702-3397
14033174   +E-mail/Text: bankruptcy@firstenergycorp.com Mar 24 2020 02:44:56      West Penn Power,
             Customer Service Center,    P.O. Box 1392,    Fairmont, WV 26555-1392
14084047   +E-mail/Text: bankruptcy@firstenergycorp.com Mar 24 2020 02:44:56      West Penn Power,
             1310 Fairmont Ave,    Fairmont, WV 26554-3526
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr            THE BANK OF NEW YORK MELLON AS INDENTURE TRUSTEE F
                                                                                  TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2                  User: dsaw                    Page 2 of 2                   Date Rcvd: Mar 23, 2020
                                      Form ID: pdf900               Total Noticed: 34
```

            ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2020 at the address(es) listed below:
              Daniel R. White    on behalf of Debtor Allen R. Baird zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              James   Warmbrodt    on behalf of Creditor    The Bank of New York Mellon as indenture Trustee for
               Nationstar Home Equity Loan Trust 2009-A bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON AS INDENTURE TRUSTEE FOR
               NATIONSTAR HOME EQUITY LOAN TRUST 2009-A bkgroup@kmllawgroup.com
              Matthew Gregory Brushwood    on behalf of Creditor    THE BANK OF NEW YORK MELLON AS INDENTURE
               TRUSTEE FOR NATIONSTAR HOME EQUITY LOAN TRUST 2009-A pawb@fedphe.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              Sindi  Mncina    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               smncina@rascrane.com
                                                                                             TOTAL: 7
```