**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    ALLEN R. BAIRD<br><br>              Debtor(s)<br><br>    Ronda J. Winnecour<br>              Movant<br>           vs.<br>    No Repondents. | Case No.:15-21400<br><br>Chapter 13<br><br>Document No.: 38<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

AND NOW, this _____19th_____ day of _____May_____, 20_20_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    dmk

FILED
5/19/20 9:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 15-21400-CMB
Allen R. Baird                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: agro              Page 1 of 2              Date Rcvd: May 19, 2020
                             Form ID: pdf900         Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2020.
```
db         +Allen R. Baird,    522 Old Pittsburgh Road,    Uniontown, PA 15401-9756
cr         +Nationstar Mortgage LLC d/b/a Mr. Cooper,    RAS Crane, LLC,
             10700 Abbott's Bridge Road, Suite 170,    Duluth, GA 30097-8461
cr         +The Bank of New York Mellon as indenture Trustee f,    Aldridge Pite, LLP,
             4375 Jutland Drive, Suite 200,    PO Box 17933,    San Diego, CA 92177-7921
14095665    American InfoSource LP as agent for,   DIRECTV, LLC,    PO Box 51178,
             Los Angeles, CA  90051-5478
14033152   +Brown & Joseph, LTD,   2550 West Golf Road,    Suite 300,   Rolling Meadows, IL 60008-4033
14033156    Commonwealth Financial Systems, Inc.,    245 Main Street,    Dickson City, PA 18519-1641
14033157   +Credit Collections, USA,   16 Distributor Drive--Suite 1,    Morgantown, WV 26501-0121
14033158    Direct Merchants Bank/Metris,    P.O. Box 5894,    Carol Stream, IL 60197-5894
14033161   +HSBC Card Services,   Attn: Bankruptcy,    P.O. Box 5213,    Carol Stream, IL 60197-5213
14033169   +Justin J. Sheba, D.O.,    150 Wayland Smith Drive--Suite A,    Uniontown, PA 15401-2677
15240502    Kondaur Capital Corporation, et al.,    c/o Kondaur Capital Corporation,
             333 South Anita Drive, Suite 400,    Orange, CA 92868-3314
14033163   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
            (address filed with court:  Nationstar Mortgage,     350 Highland Drive,
             Lewisville, TX 75067-9932)
14033164    PA Department of Revenue,    Bureau of Business Trust Fund Taxes,    P.O. Box 281041,
             Harrisburg, PA 17128-1041
14033165    Penn Credit,   916 South 14th Street,    P.O. Box 988,    Harrisburg, PA 17108-0988
14033167    Sears,   P.O. Box 6283,    Sioux Falls, SD 57117-6283
14033168   +Shapiro & DeNardo, LLC,    3600 Horizon Drive--Suite 150,    King Of Prussia, PA 19406-4702
14068484   +THE BANK OF NEW YORK MELLON AS INDENTURE et.al.,    NATIONSTAR MORTGAGE, LLC,    PO BOX 619096,
             DALLAS, TX 75261-9096
14033172    Uniontown Hospital,    500 West Berkeley Street,    Uniontown, PA 15401-5596
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14065073   +E-mail/Text: g20956@att.com May 20 2020 03:39:07     AT&T Mobility II LLC,
             % AT&T Services, Inc,   Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
             Bedminster, NJ 07921-2693
14033151   +E-mail/Text: g20956@att.com May 20 2020 03:39:07     AT&T Mobility II, LLC,
             c/o AT&T Services, Inc.,    One AT&T Way--Room 3A104,   Bedminster, NJ 07921-2694
14033150    E-mail/Text: ally@ebn.phinsolutions.com May 20 2020 03:38:31      Ally Financial,
             P.O. Box 130424,   Roseville, MN 55113-0004
14069041    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 20 2020 03:44:56
             American InfoSource LP as agent for,    Verizon,   PO Box 248838,
             Oklahoma City, OK  73124-8838
14033153    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 20 2020 03:27:59      Capital One,
             c/o TSYS Total Debt Management,    P.O. Box 5155,   Norcross, GA 30091
14033154   +E-mail/Text: bk.notifications@jpmchase.com May 20 2020 03:38:43      Chase Auto Finance,
             National Bankruptcy Department,    201 North Central Avenue AZ1-1191,    Phoenix, AZ 85004-1071
14033155   +E-mail/Text: compliance@chaserec.com May 20 2020 03:39:18      Chase Receivables,
             1247 Broadway,   Sonoma, CA 95476-7503
14033159    E-mail/Text: G06041@att.com May 20 2020 03:39:04      Direct TV,   P.O. Box 78626,
             Phoenix, AZ 85062-8626
14033160    E-mail/Text: bknotice@ercbpo.com May 20 2020 03:38:57      Enhanced Recovery,
             8014 Bayberry Road,    Jacksonville, FL 32256-7412
14077248    E-mail/Text: bk.notifications@jpmchase.com May 20 2020 03:38:43      JPMorgan Chase Bank N.A.,
             National Bankruptcy Department,    P.O.Box 29505 AZ1-1191,    Phoenix , AZ 85038-9505
14033162   +E-mail/Text: bankruptcydpt@mcmcg.com May 20 2020 03:38:53      Midland Funding,
             8875 Aero Drive--Suite 200,    San Diego, CA 92123-2255
14033166    E-mail/Text: bankruptcies@libertymutual.com May 20 2020 03:38:54      Safeco Insurance,
             P.O. Box 66521,   Saint Louis, MO 63166-6521
14033170   +E-mail/Text: appebnmailbox@sprint.com May 20 2020 03:38:50      Sprint,   P.O. Box 8077,
             London, KY 40742-8077
14033171   +E-mail/Text: bankruptcydepartment@tsico.com May 20 2020 03:39:11      Transworld Systems, Inc.,
             507 Prudential Road,    Horsham, PA 19044-2308
14033173    E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 20 2020 03:38:28
             Verizon Wireless Bankruptcy Admin.,    P.O. Box 3397,   Bloomington, IL 61702-3397
14033174   +E-mail/Text: bankruptcy@firstenergycorp.com May 20 2020 03:38:56      West Penn Power,
             Customer Service Center,    P.O. Box 1392,   Fairmont, WV 26555-1392
14084047   +E-mail/Text: bankruptcy@firstenergycorp.com May 20 2020 03:38:56      West Penn Power,
             1310 Fairmont Ave,    Fairmont, WV 26554-3526
                                                                                              TOTAL: 17
```

          ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr              Kondaur Capital Corporation, et al.
cr              THE BANK OF NEW YORK MELLON AS INDENTURE TRUSTEE F
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0315-2              User: agro                    Page 2 of 2                     Date Rcvd: May 19, 2020
                                  Form ID: pdf900               Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2020 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    The Bank of New York Mellon as indenture Trustee for
               Nationstar Home Equity Loan Trust 2009-A alubin@milsteadlaw.com,  bkecf@milsteadlaw.com
              Daniel R. White    on behalf of Debtor Allen R. Baird zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon as indenture Trustee for
               Nationstar Home Equity Loan Trust 2009-A bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON AS INDENTURE TRUSTEE FOR
               NATIONSTAR HOME EQUITY LOAN TRUST 2009-A bkgroup@kmllawgroup.com
              Matthew Gregory Brushwood    on behalf of Creditor    THE BANK OF NEW YORK MELLON AS INDENTURE
               TRUSTEE FOR NATIONSTAR HOME EQUITY LOAN TRUST 2009-A pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sindi  Mncina    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               smncina@rascrane.com
                                                                                             TOTAL: 8