**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 15-21400-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

Allen R. Baird
522 Old Pittsburgh Road
Uniontown PA 15401

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/11/2020.

Name and Address of Alleged Transferor(s):

Claim No. 2: THE BANK OF NEW YORK MELLON AS INDENTURE et.al.,
NATIONSTAR MORTGAGE, LLC, PO BOX 619096, DALLAS, TX 75261-9741

Name and Address of Transferee:

Kondaur Capital Corporation, et al.
c/o Kondaur Capital Corporation
333 South Anita Drive, Suite 400
Orange, CA 92868-3314

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    06/10/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Allen R. Baird  
    Debtor

Case No. 15-21400-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: agro     Page 1 of 1     Date Rcvd: Jun 08, 2020  
                       Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2020.  
14068484        +THE BANK OF NEW YORK MELLON AS INDENTURE et.al.,    NATIONSTAR MORTGAGE, LLC,    PO BOX 619096,    DALLAS, TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                              TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2020                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2020 at the address(es) listed below:

         Andrew M. Lubin     on behalf of Creditor    The Bank of New York Mellon as indenture Trustee for Nationstar Home Equity Loan Trust 2009-A alubin@milsteadlaw.com, bkecf@milsteadlaw.com  
         Daniel R. White     on behalf of Debtor Allen R. Baird zmwchapter13@gmail.com, gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com  
         James Warmbrodt     on behalf of Creditor    The Bank of New York Mellon as indenture Trustee for Nationstar Home Equity Loan Trust 2009-A bkgroup@kmllawgroup.com  
         James Warmbrodt     on behalf of Creditor    THE BANK OF NEW YORK MELLON AS INDENTURE TRUSTEE FOR NATIONSTAR HOME EQUITY LOAN TRUST 2009-A bkgroup@kmllawgroup.com  
         Matthew Gregory Brushwood     on behalf of Creditor    THE BANK OF NEW YORK MELLON AS INDENTURE TRUSTEE FOR NATIONSTAR HOME EQUITY LOAN TRUST 2009-A pawb@fedphe.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
         Sindi Mncina     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@rascrane.com  
                                                                                                          TOTAL: 8